

FILED
DEC 04 2009
PATRICK E. DUFFY, CLERK
By
DEPUTY CLERK, HELENA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**GREAT FALLS DIVISION**

| | |
|---|---|
| GERALD STIFFARM,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF MONTANA; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondents. | No. CV-09-67-GF-SEH<br><br>**ORDER** |

On October 8, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Petitioner filed objections on October 27, 2009. The Court reviews *de novo* findings and recommendation to which objection is made.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 3

ORDERED:

1. The Petition for Writ of Habeas Corpus[2] is DISMISSED with prejudice.

2. A certificate of appealability is DENIED as Petitioner's claims clearly lack merit.

3. The Clerk is directed to enter judgment accordingly.

DATED this 4th day of December, 2009.

SAM E. HADDON
United States District Judge

[2] Document No. 1